FILED
CLERK, U.S. DISTRICT COURT

SEP 13 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CR 09- 007-SVW |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
| Ignacio Hernandez Magallon, | ) Allegations of Violations of Probation |
| Defendant. | ) Supervised Release) |
| | ) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (✓) the appearance of defendant as required; and/or

(B) (✓) the safety of any person or the community.

//
//

The court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

— instant allegations
— prior criminal record

(B) ( ) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

— unknown background information
— unknown sureties
— probation status
— unknown employment history
— unknown residency
— no legal status

IT IS ORDERED that defendant be detained.

DATED: 9-13-2013

HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE

2